**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

| | |
|---|---|
| FAUZIA DIN,<br>*Plaintiff-Appellant*,<br><br>v.<br><br>JOHN F. KERRY,* Secretary of State; JEH JOHNSON, Secretary of Homeland Security; LORETTA E. LYNCH, Attorney General, Attorney General of the United States; RICHARD OLSON, Ambassador of the United States Embassy, Islamabad, Pakistan; CHRISTOPHER RICHARD, Consul General of the Consular Section at the United States Embassy, Islamabad, Pakistan; P. MICHAEL MCKINLEY, Ambassador of the United States Embassy, Kabul, Afghanistan,<br>*Defendants-Appellees*. | No. 10-16772<br><br>D.C. No.<br>3:10-cv-00533-MHP<br><br>ORDER |

On Remand From The United States Supreme Court

Filed August 26, 2015

---

* Current cabinet members and diplomatic officers have been substituted for their predecessors pursuant to Rule 43(c)(2) of the Federal Rules of Appellate Procedure.

Before: Richard R. Clifton and Mary H. Murguia,
Circuit Judges, and Raner C. Collins, District Judge.[**]

**ORDER**

In light of the Supreme Court's opinion in *Kerry v. Din*,
135 S. Ct. 2128 (2015), the judgment of the district court is
**AFFIRMED**.

---

[**] The Honorable Raner C. Collins, United States District Judge for the
District of Arizona, sitting by designation.